

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-20-00598-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES, JR.**, an
Incapacitated Person,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6–000081-L2
Honorable Hugo Martinez, Judge Presiding

## O R D E R

The Appellant's Leticia R. Benavides's Unopposed Motion for Extension of Time to File
Reply Brief is GRANTED. The appellant's reply brief is due on September 24, 2021.

Entered on this 22nd day of September 22, 2021.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court